■ JOHN J. AHL, JR., as Administrator of the Estate of JOSEPH AHL, III, Deceased, Appellant, v ROBERT MARTIN et al., Respondents. — Appeal from an order of the Supreme Court at Special Term (Cerrito, J.), entered April 1, 1982 in Saratoga County, which granted a motion by defendants C.F.M. Enterprises, Inc., and Convenient Food Mart, Inc., for summary judgment. Order affirmed, without costs, upon the opinion of Mr. Justice D. Vincent Cerrito at Special Term. Kane, J. P., Mikoll, Yesawich, Jr., Weiss and Levine, JJ., concur.